Juan A. Machic SALAYON, a.k.a. Jose Sacayon Sanchez, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–73898.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 23, 2012.

Juan A. Machic Salayon, Beaverton, OR, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Anthony W. Norwood, Senior Litigation Counsel, Terri Jane Scadron, Assistant Director, Kristina Rencic Sracic, Trial, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Juan A. Machic Salayon, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum and withholding of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

The BIA found that Salayon failed to reasonably challenge the bases for the IJ's denial of his applications for relief from removal and dismissed his appeal. Salayon does not contend the BIA erred in dismissing his appeal on this basis. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not supported by argument are deemed waived). Accordingly, we deny the petition as to Salayon's asylum and withholding of removal claims.

We lack jurisdiction to review Salayon's unexhausted claim that the IJ violated his due process rights by failing to fully develop the record. *See Tall v. Mukasey*, 517 F.3d 1115, 1120 (9th Cir.2008).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW DENIED in part; DISMISSED in part.